UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdurashid Ali, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Grant & Weber, Inc.,<br><br>Defendant. | Case No.: 3:22-CV-1279-JO<br><br>[PROPOSED] ORDER FOR CASE DISMISSAL WITH PREJUDICE |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that Grant & Weber, Inc. is dismissed with prejudice with each party to bear their respective costs and fees

**IT IS SO ORDERED.**

Dated: May 1, 2023

_____
Hon. Jinsook Ohta
United States District Court